IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ADAM W. NICOL | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No: WMN-01-2281 |
| CSX TRANSPORTATION, INC. | * | |
| Defendant | * | |

\* * * * *   *   * * * * *

## WITHDRAWAL OF APPEARANCE AND ENTRY OF APPEARANCE

Mr./Ms. Clerk:

Please strike the appearance of John J. Barrett, Jr., as attorney for the Defendant in the above-captioned matter and enter the appearance of M. Natalie McSherry and Whiteford, Taylor & Preston, LLP.

M. Natalie McSherry, #00144
Whiteford, Taylor & Preston L.L.P.
First Union Tower – Suite 1400
Seven Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Attorney for Defendant,
CSX Transportation, Inc.

"APPROVED" THIS 6th DAY OF September, 2001

UNITED STATES DISTRICT JUDGE



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  5th  day of **September, 2001**, a copy of the foregoing Withdrawal of Appearance and Entry of Appearance was mailed first class, postage prepaid to:

> Joseph A. Coffey, Jr., Esquire
> Coffey & Kaye
> Suite 718 – Two Bala Plaza
> Bala Cynwyd, Pennsylvania  19004

_____
M. Natalie McSherry

1372322